Case 1:26-cv-09447-KMW Document 10 Filed 08/20/26 Page 1 of 2 PageID: 61

ONAL GALLANT
BAYRAM & AMIN

619 River Dr, Suite 340, Elmwood Park, NJ 07407
(201) 508-0808
www.ogplawfirm.com
enes@ogplawfirm.com

August 20, 2026

**VIA ECF**
Hon. Karen M. Williams
United States District Judge
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Ristjan Talv v. Soto, et al, No. 26-9447 (KMW)
Request for Leave to File Reply

Dear Judge Wiliams:

This office represents Petitioner in the above referenced matter. Petitioner respectfully requests leave to file a reply of no more than three-pages by Monday, August 24. On August 20, the Government filed a letter claiming that Petitioner is detained under 8 U.S.C. § 1187(c)(2)(E), or that he is alternatively subject to a final order of removal under 8 U.S.C. § 1231(a)(2)(A) as a result of the documentation served on him by ICE at the time of his July 24 arrest. However, Visa Waiver Program ("VWP") entrants like Petitioner are governed by a different regulatory framework than non-VWP entrants. Numerous courts—including those within this district—have held that VWP entrants are not subject to detention under 8 U.S.C. §1187(c)(2)(E) and are not subject to a final order of removal until their asylum-only proceedings have been completed. *See, e.g., Gjerg G. v. Edwards*, Civil Action No. 19-5059 (SDW), 2019 U.S. Dist. LEXIS 44335, at *3 (D.N.J. Mar. 18, 2019); *Lee v. Warden, Buffalo Fed. Det. Facility*, No. 6:26-CV-6380 EAW, 2026 LX 203340, at *9 (W.D.N.Y. May 20, 2026) (collecting cases).

Here, Petitioner's asylum application remains pending. In fact, ICE has failed for more than three weeks to serve and docket the required charging document (Form I-863) with the immigration court. Therefore, Petitioner argues that he is not subject to a final order of removal and should be released due extended detention in the absence of proceedings. Unless this Court is inclined to order Petitioner's release at this time, Petitioner respectfully requests leave to file a reply of no more than three-pages by Monday, August 24, to respond in greater detail to the Government's assertions about Petitioner's detention authority. I have conferred with counsel for the Government, and the Government does not object to the request to file a reply.

Thank you for the Court's consideration of this matter.

**So Ordered this** 21st **day**

**of** August**, 20**26

[signature]

**KAREN M. WILLIAMS**
**United States District Judge**

**ONAL GALLANT BAYRAM & AMIN**
Attorneys for Petitioner

**ONAL GALLANT**
**BAYRAM & AMIN**

619 River Dr, Suite 340, Elmwood Park, NJ 07407
(201) 508-0808
www.ogplawfirm.com
enes@ogplawfirm.com

By: */s/ Enes Hajdarpasic*
ENES HAJDARPASIC, ESQ.

Cc: U.S. Attorney's Office by ECF