**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RISTJAN TALV,<br>*Petitioner*,<br>v.<br>LUIS SOTO, *et al.*,<br>*Respondents*. | Civil Action No. 26-cv-09447<br>**ORDER**<br>September 3, 2026 |

**THIS MATTER** having been opened to the Court upon Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") (ECF Nos. 1, 4) and the Court having reviewed the Petition, Respondents' Response (ECF No. 9), and Petitioner's Reply (ECF No. 12); and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 3rd day of September 2026,

**ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 4), is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner from custody within twenty-four (24) hours of entry of this Order; and it is further

**ORDERED** that Petitioner's release shall not be conditioned upon electronic monitoring, an ankle monitor, or any other additional condition of confinement imposed pursuant to 8 U.S.C. §§ 1187(c)(2)(E) or 1231(a)(2); and it is further

**ORDERED** that Respondents shall file a letter with the Court within three (3) days of Petitioner's release certifying that Petitioner has been released; and it is further

**ORDERED** that nothing in this Order shall be construed to preclude Respondents from pursuing Petitioner's immigration proceedings or taking any further action authorized by law, including proceedings concerning Petitioner's asylum application.

**Karen M. Williams**
**United States District Judge**